**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Attorneys for Chapter 7 Trustee,
Weneta M.A. Kosmala

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>SC DEVELOPMENT FUND, LLC,<br><br>Debtor. | Case No. 8:20-bk-11977-ES<br><br>Chapter 7<br><br>**NOTICE OF MOTION AND MOTION FOR AUTHORITY TO (1) ABANDON AND RETURN FUNDS COLLECTED; AND (2) FILE NO ASSET REPORT; DECLARATION OF WENETA M.A. KOSMALA IN SUPPORT THEREOF**<br><br>[No Hearing Unless Requested Pursuant to Local Bankruptcy Rule 9013-1(o)(1)] ] |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRTUPCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Weneta M.A. Kosmala, the duly appointed chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of debtor, SC Development Fund, LLC (the "Debtor"), hereby files her *Motion for Authority to (1) Abandon Funds on Hand; and (2) File a No Asset Report* (the "Motion") so that this case may be closed by order of this Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f) for the Central District of California, the Trustee seeks approval of the Motion without a hearing. If any creditor or interested party requires a hearing on the approval of the Motion, that party must, within fourteen (14) days of service of this notice, plus 3 additional days if you were served by mail, electronically or pursuant to Federal Rules of Civil

Procedure 5(b)(2)(D), or (F), file a written objection and request of hearing with the clerk of the United States Bankruptcy Court, 411 West Fourth Street, Santa Ana, CA 92701 with copies served upon Weneta M.A. Kosmala, chapter 7 trustee. Failure to timely file and serve an opposition or response may be deemed consent to the relief requested in the Motion.

Dated: November 19, 2021        WEILAND GOLDEN GOODRICH LLP

By: */s/ Jeffrey I. Golden*
    Jeffrey I. Golden
    Attorneys for Chapter 7 Trustee
    Weneta M.A. Kosmala

## MEMORANDUM OF POINTS AND AUTHORITIES

## BRIEF HISTORY OF CASE

1. On July 13, 2020, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, case no. 8:20-bk-11977-ES (the "Case"), and Weneta M.A. Kosmala was appointed the Chapter 7 trustee.

2. The Debtor's Case is related to the chapter 7 case filed by SC Development Fund IV, LLC ("Fund IV"), as *In re SC Development Fund IV, LLC,* Case No. 8:20-11978-ES (the "Related Case"), which was also filed on July 13, 2020, and in which the Honorable Erithe A. Smith is assigned.

3. On Debtor's Schedule B, under Notes receivable, the debtor lists that it was the beneficiary of notes secured by deeds of trust against several properties (the "Notes"). The outstanding principal balance of the notes was approximately $19,570.00, however the value was undetermined at the time of the filing of the case.

4. Upon her appointment, the Trustee received an offer to purchase the portfolio of Notes held by the Debtor. However, since that time, the Notes have been foreclosed and the Trustee has determined that there are no other assets to administer in this case and has not received any additional funds.

5. The Trustee currently has approximately $25,619.81 (the "Funds on Hand") and there are total claims filed in this case which exceed $32,400,000. Accordingly, there will be no meaningful distribution in this case and the costs of administration would exceed the Funds on Hand.

6. Based upon the foregoing, the Trustee requests authority to return Funds on Hand to Summitcrest Capital, Inc., the sole member of the Debtor according to the Debtor's petition and schedules.

7. Also, the Trustee waives her statutory fee in this case and seeks authorization to file a no asset report so that the case may be closed by the clerk of the Court.

## **LEGAL AUTHORITIES**

Upon not less than 17 days' notice to such creditors and interested parties who are entitled to notice of the particular matter, orders may be obtained on distribution in chapter 7 cases upon Notice and Opportunity to Request a Hearing.

11 U.S.C. § 554 provides that the court may authorize the Trustee to abandon property that is of inconsequential value and benefit to the estate. In order to approve a motion to abandon property, the bankruptcy court must find either that (1) the property is burdensome to the estate or (2) of inconsequential value and benefit to the estate. *See* 11 U.S.C. § 554(a); *see also Morgan v. K.C. Machine & Tool Co. (In re K.C. Machine & Tool Co.),* 816 F.2d 238, 245 (9th Cir. 1987). This motion seeks to return the Fund on Hands collected in lieu of distribution to creditors because the funds in the estate are minimal and there would be no benefit to the creditors to receive such a minuscule disbursement. 11 U.S.C. § 102(1)(B) authorizes an act without an actual hearing if such notice is given properly and if such a hearing is not requested by a party-in-interest.

Abandonment requires a court order after notice and hearing. *See Behrens v. Woodhaven Associates*, 87 B.R. 971, 973 (Bankr. N.D. Ill. 1988); 11 U.S.C. 554(a). Pursuant to the guidelines set forth in *In re Moore,* 110 B.R. 924 (Bankr. C.D. Cal. 1990), prior to obtaining an order of this Court:

> Section 554(a) and (b) of the Code require that creditors be given notice and an opportunity for a hearing before abandonment can be given effect.

*Id.* at 926. Local Bankruptcy Rule 9013-1(o)(1) provides that:

> Except as to matters specifically noted in subsection (o)(2) below, and as otherwise ordered by the court, any matter which may be set for hearing in accordance with Local Bankruptcy Rule 9013-1 may be determined upon notice of opportunity to request a hearing . . .

The Trustee believes that the no-hearing procedure established by Local Bankruptcy Rule 9013-1(o) is appropriate in this case since: (1) it provides notice and opportunity for a hearing to creditors and parties entitled to notice, (2) it reduces the costs

to the Estate by alleviating the need for an appearance in court, and (3) the Trustee does not anticipate any opposition to this Motion.

## **CONCLUSION**

Based upon the foregoing, the Trustee respectfully requests an order as follows:

1. Granting this Motion;

2. Authorizing the Trustee to immediately abandon the Funds on Hand of approximately $25,619.81 to Summitcrest Capital, Inc., the sole member of the Debtor.

3. Authorizing the Trustee to file his No Asset Report upon entry of the order granting the Motion and upon zero balance in the Estate account;

4. For such other and further relief as the Court deems just and proper.

Dated:  November 19, 2021         WEILAND GOLDEN GOODRICH LLP

By: /s/ Jeffrey I. Golden
    Jeffrey I. Golden
    Attorneys for Chapter 7 Trustee
    Weneta M.A. Kosmala

## **DECLARATION OF WENETA M.A. KOSMALA**

I, Weneta M.A. Kosmala, declare as follows:

1. I am the duly appointed chapter 7 trustee of the bankruptcy estate of SC Development Fund, LLC. I know each of the following facts to be true of my own personal knowledge or information and belief and, if called as a witness, I could and would competently testify with respect thereto. I am submitting this declaration in support of the his *Motion for Authority to (1) Abandon Funds on Hand; and (2) File a No Asset Report* (the "Motion").

2. On July 13, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, case no. 8:20-bk-11977-ES (the "Case"), and I was appointed the Chapter 7 trustee.

3. The Debtor's Case is related to the chapter 7 case filed by SC Development Fund IV, LLC ("Fund IV"), as *In re SC Development Fund IV, LLC,* Case No. 8:20-11978-ES (the "Related Case"), which was also filed on July 13, 2020, and in which the Honorable Erithe A. Smith is assigned.

4. I have reviewed Debtor's Schedule B, under Notes receivable, wherein the debtor lists that it was the beneficiary of notes secured by deeds of trust against several properties (the "Notes"). The outstanding principal balance of the notes was approximately $19,570.00, however the value was undermined at the time of the filing of the case according to the schedule.

4. Upon my appointment, I received an offer to purchase the portfolio of Notes held by the Debtor. However, since that time, the Notes have been foreclosed and I have determined that there are no other assets to administer in this case and I have not received any additional funds.

5. I currently have approximately $25,619.81 (the "Funds on Hand") and there are total claims filed in this case which exceed $32,400,000. Accordingly, there will be no

meaningful distribution in this case and the costs of administration would exceed the Funds on Hand.

    6.    Based upon the foregoing, I am requesting authority to return Funds on Hand to Summitcrest Capital, Inc., the sole member of the Debtor according to the Debtor's petition and schedules.

    7.    I am also waiving my statutory fee in this case and seeking authorization to file a no asset report so that the case may be closed by the clerk of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of November, 2021, at Newport Beach, California.

Weneta M.A. Kosmala

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 600
Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Notice Of Motion And Motion For Authority To (1) Abandon And Return Funds Collected; And (2) File No Asset Report; Declaration Of Weneta M.A. Kosmala In Support ThereoF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 19, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Caroline Djang    caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
Keith S Dobbins    keith@kdobbinslaw.com
Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
Jeffrey I Golden    jgolden@wgllp.com, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
Michael J Gomez    mgomez@frandzel.com, dmoore@frandzel.com
Lemuel Bryant Jaquez    bknotifications@ghidottiberger.com,gbadmin@ecf.courtdrive.com
Glenn C. Kelble    glenn@ksgklaw.com
Weneta M.A. Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
Crystle Jane Lindsey    crystle@wsrlaw.net, crystle@cjllaw.com;gabby@wsrlaw.net;dairi@wsrlaw.net;virginia@wsrlaw.net
Long Z Liu    office@theliulawfirm.com
Erica T Loftis Pacheco    bknotifications@ghidottiberger.com
Byron Z Moldo    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,sgaeta@ecjlaw.com
Matthew J Pero    mpero@afrct.com, lhlista@afrct.com;AFRCTECF@afrct.com
James R Selth    jim@wsrlaw.net, jselth@yahoo.com;dairi@wsrlaw.net;vinnet@ecf.inforuptcy.com
Sonia Singh    ssingh@ecjlaw.com, amatsuoka@ecjlaw.com,sgaeta@ecjlaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Daniel J Weintraub    dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;gabby@wsrlaw.net;dairi@wsrlaw.net

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) November 19, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SC Development Fund, LLC
13089 Peyton Dr No C290
Chino Hills, CA 92709

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 19, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/19/2021 | Gloria Estrada | *Gloria Estrada* (signature) |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**SERVED BY UNITED STATES MAIL**:
(P)Weneta M Kosmala
C/O Law Offices Of Weneta M A Kosmala
4425 Jamboree Rd Suite 183
Newport Beach Ca 92660-3010

Hahn Fife & Company LLP
790 E Colorado Blvd 9th
Pasadena, CA 91101-2193

Ben West
Caldarelli Hejmanowski Page & Leer LLP
3398 Carmel Mountain Rd., Ste. 250
San Diego 92121-1044

Degang Jiang
55 Durham
Irvine, CA 92620-2224

Hui-Chun Liu
35 No Raymond Ave Apt 206
Pasadena, CA 91103-4529

Jinhua Guo
7605 Freestone Ct
Rancho Cucamonga, CA 91739-8865

Kaili Wu
5720 Rosebud Court
Chino Hills, CA 91709-3972

Rong Luo
7605 Freesone Ct
Rancho Cucamonga, CA 91739-8865

Stonegate Investment LLC
3 Galaxy Isle
Ladera Ranch, CA 92694-1435

CAF Bridge Borrower MS 2, LLC
c/o Michael J. Gomez
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2457

Jumbo Investment, Inc.
c/o Weintraub & Selth, APC
11766 Wilshire Blvd.
Suite 1170
Los Angeles, CA 90025-6553

Wilmington Savings Fund Society, FSB, not in
Ghidotti Berger, LLP
1920 Old Tustin Ave
Santa Ana, CA 92705-7811

Ben West

Caldarelli Hejmanowski Page & Leer LLP
3398 Carmel Mountain Rd., Ste. 250
San Diego, CA 92121-1044

Gao Wen
2582 Oak Knoll Dr
Diamond Bar, CA 91765

Jie Liu
1101 Singing Wood Dr.
Arcadia, CA 91006-1932

Jumbo Investment Inc. & Hui Xiu Zhang
Weintraub & Selth, APC
c/o Crystle J. Lindsey
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025-6553

North America Dongheng Holding
1608 So 6th Ave.
Arcadia, CA 91006-4835

Sing Kit Leong
602 Rowland Ave.
Temple City, CA 91780

Goldman Sachs Bank c/o Genesis Capital Real
Ervin Cohen & Jessup LLP
Byron Z. Moldo
9401 Wilshire Blvd., Ninth Floor
BEVERLY HILLS, CA 90212-2974

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Crystle Lindsey
Weintraub & Selth, APC
Suite 1170
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025-6553

Hongli Wang
1611 Holly Ave
Arcadia, CA 91007-7939

Jing Liu
1101 Singing Wood Drive
Arcadia, CA 91006-1932

Jun Zheng
22 Flatiron
Irvine, CA 92602-0838

Qinfang Zheng
1611 Holly Ave

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

Arcadia, CA 91007-7939

Stonegage Investment, LLC
3 Galaxy Isle
Ladera Ranch, CA 92694-1435

Wen Investment, LLC
2582 Knoll Dr
Diamond Bar, CA 91765

XHK Investment, Inc.
1401 Carmelita Pl
Arcadia, CA 91006-2120

Xueying Tang
1101 Singing Wood Dr
Arcadia, CA 91006-1932

Yongfang Guo
19th Fl Block B Tianbao Inl No 61
Haler Rd Laosan Dt. Shangdong
China

Zhimin Bai
4705 Via De La Mula
Yorba Linda, CA 92886-3051

Xiaofei Wang
2852 Oak Knoll Dr
Diamond Bar, CA 91765-3664

Yanling Li
1885 Robin Rd,
San Marino, CA 91108-2827

Yuhong Sl
55 Durham
Irvine, CA 92620-2224

c/o Matthew J. Pero, Esq.
Anglin Flewelling & Rasmussen LLP
301 N. Lake Avenue, Suite 1101
Pasadena, CA 91101-4107

Xinsheng Wu
4 Scenic Blf
Newport Coast, CA 92657-2103

Yilin Guo
7605 Freestone Ct
Rancho Cucamonga, CA 91739-8865

Zhihua Hu
4625 Hillard Ave
La Canada, CA 91011-2004

Keith S Dobbins
Law Office of Keith S. Dobbins
21650 Oxnard Street, Suite 1580
Woodland Hills, CA 91367-5098

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE