**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Attorneys for Chapter 7 Trustee,
Weneta M.A. Kosmala

FILED & ENTERED

DEC 09 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:20-bk-11977-ES |
| SC DEVELOPMENT FUND, LLC, | Chapter 7 |
| Debtor. | **ORDER GRANTING MOTION FOR AUTHORITY TO (1) ABANDON AND RETURN FUNDS COLLECTED; AND (2) FILE NO ASSET REPORT** |
| | [No Hearing Unless Requested Pursuant to Local Bankruptcy Rule 9013-1(o)(1)] ] |

The Court having read and considered the *Notice of Motion and Motion for Authority to (1) Abandon Funds on Hand; and (2) File a No Asset Report* (the "Motion") filed by Weneta M.A. Kosmala, the duly appointed chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of SC Development Fund, LLC ("Debtor") [Docket No. 163] and the Declaration of Ryan W. Beall that no request for hearing was filed [Docket No. 164], finding that notice and service were proper and that cause exists to grant the relief sought;

IT IS ORDERED:

1.    The Motion is granted;

2.    The Trustee is authorized to immediately abandon the Funds on Hand to Summitcrest Capital, Inc., the sole member of the Debtor, pursuant to 11 U.S.C. § 554(a);

1    3.    The Trustee is authorized to file her No Asset Report upon the entry of the

2    order granting the Motion and upon a zero balance in the Estate account.

3

4                                         ###

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Date: December 9, 2021

Erithe Smith
United States Bankruptcy Judge

25

26

27

28

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002